AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 3:19cr153(AWT) |
| JORDAN RODOFSKY | ) |
| Defendant | ) |

FILED
2019 JUN 12 P 12: 13
US DISTRICT COURT
HARTFORD CT

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  06/12/2019

_Defendant's signature_

_Signature of defendant's attorney_

Allison Murray Near, Federal Public Defender
_Printed name of defendant's attorney_

/s/ Robert A. Richardson
_Judge's signature_

ROBERT A. RICHARDSON- U.S. MAGISTRATE JUDGE
_Judge's printed name and title_